ANTHONY T. GARASI, ESQ.
Nevada State Bar No. 11134
MADELINE M. ARCELLANA, ESQ.
Nevada State Bar No. 13816
TY M. MAYNARICH, ESQ.
Nevada State Bar No. 14584
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
agarasi@bremerwhyte.com
marcellana@bremerwhyte.com
tmaynarich@bremerwhyte.com

Attorneys for Defendant,
Cardenas Markets LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AURELIO INFANTE LANDIN, individually, <br><br> Plaintiff, <br><br> vs. <br><br> CARDENAS MARKETS LLC, a foreign limited-liability Company; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally, <br><br> Defendants. | Case No. 2:21-cv-01815-RFB-BNW <br><br> **STIPULATION AND ORDER OF DISCOVERY SANCTIONS AGAINST PLAINTIFF COUNSEL** |

Plaintiff, AURELIO INFANTE LANDIN, and Defendant, CARDENAS MARKETS LLC (collectively, the "Parties") by and through their respective counsel, hereby submit this Stipulation and Order of Discovery Sanctions Against Plaintiff Counsel (hereinafter, "Stipulation and Order"). On May 12, 2022, this matter came for a hearing before the Honorable Magistrate Judge Brenda Weksler. Therein, the Parties were ordered to meet and confer regarding the issues raised during the proceedings, including the award of attorney fees and costs to Defense Counsel.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1438.197  4887-7425-4883.1

Accordingly, the Parties agree that Plaintiff Counsel shall remit $1,000.00 in addition to the costs of the Subpoena Duces Tecum and production of radiological films in this matter of $250.00 to "BREMER WHYTE BROWN & O'MEARA, LLP" to be credited to CARDENAS MARKETS LLC on or before twenty-one (21) days after the entry of this Stipulation and Order.

**IT IS SO STIPULATED.**

DATED 3rd day of June 2022.                    DATED 3rd day of June 2022.

| **ERIC BLANK INJURY ATTORNEYS** | **BREMER WHYTE BROWN & O'MEARA LLP** |
|---|---|
| _/s/ David M. Moore, Esq._ | _/s/ Ty M. Maynarich, Esq._ |
| ERIC R. BLANK, ESQ. | ANTHONY T. GARASI, ESQ. |
| Nevada Bar No. 6910 | Nevada Bar No. 11134 |
| DAVID M. MOORE, ESQ. | MADELINE M. ARCELLANA, ESE. |
| Nevada Bar No. 8580 | Nevada Bar No. 13816 |
| *Attorneys for Plaintiff* | TY M. MAYNARICH, ESQ. |
|  | Nevada Bar No. 14584 |
|  | *Attorneys for Defendant* |

### ORDER

**IT IS SO ORDERED**

**DATED:** 1:27 pm, June 08, 2022

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1438.197 4887-7425-4883.1

| | |
|---|---|
| Cc: | Dianne Jaimes; Michelle Dowling |
| Subject: | RE: 2:21-cv-01815-RBF-BNW - Infante Landin v. Cardenas - BWBO 1438.1971 - SAO |
| Date: | Friday, June 03, 2022 4:05:34 PM |
| Attachments: | image003.png |

*** This is an external email ***

Ty, you may use my electronic signature for this filing.

**David M. Moore**
**Attorney**



7860 W. Sahara Ave., Ste. 110
Las Vegas, NV 89117
Tel: (702) 222-2115 Fax: (702) 227-0615
dmoore@ericblanklaw.com
http://www.ericblanklaw.com

***** CONFIDENTIAL INFORMATION ***** CONFIDENTIAL INFORMATION *****
THIS EMAIL TRANSMISSION IS INTENDED FOR THE EXCLUSIVE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED, AND MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS AND PRIVACY ACT (18 USC §§ 2510-2521), THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 USC § 2701 ET. SEQ., AND NRS §§ 179.425-179.450 AND 205.320, AND MAY ALSO BE PROTECTED UNDER THE ATTORNEY CLIENT, WORK PRODUCT OR OTHER PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS COMMUNICATION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (702.222.2115), FAX (702.227.0615), OR E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

**From:** Ty M. Maynarich <tmaynarich@bremerwhyte.com>
**Sent:** Friday, June 3, 2022 1:17 PM
**To:** David Moore <dmoore@ericblanklaw.com>
**Cc:** Dianne Jaimes <djaimes@ericblanklaw.com>; Michelle Dowling <mdowling@bremerwhyte.com>
**Subject:** 2:21-cv-01815-RBF-BNW - Infante Landin v. Cardenas - BWBO 1438.1971 - SAO

David,

Enclosed is the proposed SAO for the discovery sanction. Please advise if I may affix your electronic signature.

Best regards,

Ty Maynarich

Ty M. Maynarich
Bremer Whyte Brown & O'Meara, LLP
1160 N. Town Center Drive Suite 250
Las Vegas, NV 89144