1  ANTHONY T. GARASI, ESQ.
   Nevada State Bar No. 11134
2  MADELINE M. ARCELLANA, ESQ.
   Nevada State Bar No. 13816
3  TY M. MAYNARICH, ESQ.
   Nevada State Bar No. 14584
4  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
5  SUITE 250
   LAS VEGAS, NV 89144
6  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
7  agarasi@bremerwhyte.com
   marcellana@bremerwhyte.com
8  tmaynarich@bremerwhyte.com

9  Attorneys for Defendant,
   Cardenas Markets LLC
10

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AURELIO INFANTE LANDIN, individually, <br><br> Plaintiff, <br><br> vs. <br><br> CARDENAS MARKETS LLC, a foreign limited-liability Company; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally, <br><br> Defendants. | Case No. 2:21-cv-01815-CDS-BNW <br><br> **STIPULATION AND ORDER TO CONTINUE SUBMISSION OF JOINT PRETRIAL ORDER (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff AURELIO INFANTE LANDIN ("Plaintiff") and Defendant CARDENAS MARKETS LLC ("Cardenas Markets"), (collectively, the "Parties") by and through their undersigned counsels of record, as to the extension of the currently scheduled submission of the Joint Pretrial Order thirty (30) days to November 4, 2022.  This is the second stipulation for an extension of time to submit the Joint Pretrial Order.

///

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1438.197  4858-6776-7350.2

The Parties met and conferred in good faith pursuant to LR IA 1-3(f) and agreed to a brief continuance of the deadline to submit the Joint Pretrial Order for the purposes of finalizing all disputed and undisputed issues in this matter.  Presently, this matter has not been submitted for trial and no trial date has been scheduled.  Proposed trial dates will be included in the Joint Pretrial Order.

**IT IS SO STIPULATED.**

DATED 5th day of October 2022.

**ERIC BLANK INJURY ATTORNEYS**

/s/ *David M. Moore*
ERIC R. BLANK, ESQ.
Nevada Bar No. 06910
DAVID M. MOORE, ESQ.
Nevada Bar No. 08580
*Attorneys for Plaintiff*

DATED 5th day of October 2022.

**BREMER WHYTE BROWN & O'MEARA LLP**

/s/ *Ty M. Maynarich*
ANTHONY T. GARASI, ESQ.,
Nevada Bar No. 11134
MADELINE M. ARCELLANA, ESQ.
Nevada Bar No. 13816
TY M. MAYNARICH, ESQ.,
Nevada Bar No. 14584
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 6, 2022

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1438.197  4858-6776-7350.2