
Case 2:21-cv-01815-CDS-BNW  Document 39  Filed 11/08/22  Page 1 of 13

ANTHONY T. GARASI, ESQ.
Nevada State Bar No. 11134
MADELINE M. ARCELLANA, ESQ.
Nevada State Bar No. 13816
TY M. MAYNARICH, ESQ.
Nevada State Bar No. 14584
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
agarasi@bremerwhyte.com
marcellana@bremerwhyte.com
tmaynarich@bremerwhyte.com

Attorneys for Defendant,
Cardenas Markets LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AURELIO INFANTE LANDIN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CARDENAS MARKETS LLC, a foreign limited-liability Company; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No. 2:21-cv-01815-CDS-BNW[1]<br><br>**JOINT PRETRIAL ORDER** |

After pretrial proceedings in this case,

**IT IS ORDERED**.

I.

This is an action for: personal injuries related to an alleged slip and fall incident at the grocery store Cardenas. Plaintiff, AURELIO INFANTE LANDIN ("Plaintiff") has filed a Complaint [ECF 2, Exhibit A] against Cardenas with causes of action for negligence, including negligence per se, and sought general damages, special damages, costs of this suit, attorney's fees, prejudgment interest, and any other relief that the Court deems just and proper. Defendant, CARDENAS MARKETS LLC

---

[1] Counsel is reminded, this case is assigned to Judge Cristina D. Silva. All documents must bear the correct case number 2:21-cv-01815-CDS-BNW. ECF Nos. 30, 35, 38.


BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1438.197 4877-6956-1396.1

("Cardenas"), filed an Answer [ECF 2, Exhibit F], has asserted affirmative defenses, and sought that Plaintiff take nothing by way of his Complaint, for the cost of suit incurred herein, for attorney's fees and costs, and for such other and further relief as the Court deems just and proper.

**II.**

Statement of jurisdiction: Plaintiff, AURELIO INFANTE LANDIN, is and was at all relevant times herein a resident of the State of Nevada, County of Clark. Defendant, CARDENAS MARKETS LLC, and its parent companies are incorporated in the State of Delaware. Removal is appropriate pursuant to 28 U.S.C. §1441(b) because there is diversity of citizenship sufficient to justify removal in that Plaintiff AURELIO INFANTE LANDIN is a citizen of the State of Nevada and Defendant CARDENAS MARKETS, LLC is a citizen of the State of Delaware, County of New Castle. For purposes of civil actions otherwise removable solely on the basis of the jurisdiction under 28 U.S.C. §1332(a), "the citizenship of defendants sued under fictitious names shall be disregarded", and the citizenship of Defendants DOES I through X, inclusive and ROE CORPORATIONS I through X are therefore disregarded.

**III.**

The following facts are admitted by the parties and require no proof: all facts related to jurisdiction are deemed admitted and require no proof. All other facts must be admitted into evidence.

**IV.**

The following facts, though not admitted, will not be contested at trial by evidence to the contrary: On August 24, 2019, Cardenas operated a grocery store located at 2545 S. Eastern Ave., Las Vegas, NV 89169 at which an incident occurred involving Plaintiff. Furthermore, that Cardenas holds a legal duty to maintain the subject grocery store in a manner as to provide a safe environment for their invited guests.

**V.**

The following are the issues of fact to be tried and determined at trial. [Each issue of fact must be stated separately and in specific terms:

A. That due to Cardenas' alleged negligence Plaintiff was injured as a result of a slip and

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1438.197 4877-6956-1396.1

fall incident;

B. That Plaintiff's alleged general damages were a direct and proximate result of the slip and fall incident;

C. That Plaintiff's alleged injuries and medical treatment were a direct and proximate result of the slip and fall incident;

D. That Plaintiff's alleged miscellaneous expenses were a direct and proximate result of the slip and fall incident;

E. That Plaintiff's alleged incidental damages were a direct and proximate result of the slip and fall incident;

F. That Plaintiff's medical expenses were reasonable and customary in the present jurisdiction.

VI.

The following are the issues of law to be to be tried and determined at trial. [Each issue of law must be stated separately and in specific terms]:

A. That Plaintiff was an invitee at the Cardenas store in question on the day of the incident;

B. That Plaintiff's designated experts are qualified to render their opinions.

VII.

(a) The following exhibits are stipulated into evidence in this case and may be so marked by the clerk

**Plaintiff:**

| NO. | DOCUMENT | BATES |
|---|---|---|
| 1. | Receipt of purchase on day of incident | PLTF-0001 |
| 2. | Cardenas corporate number given to Plaintiff | PLTF-0002 |
| 3. | Nevada Pain Care - Records and billing statements dated 08/28/2019 – 09/22/2021 | PLTF-NVPC-0001 – PLTF-NVPC-0059 |
| 4. | Nevada Pain Care – Future cost letter for Lumbar MBN Bil L3, L4, L5 dated 08/12/2021 | PLTF-NVPC-0060 - PLTF-NVPC-0061 |

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1438.197  4877-6956-1396.1

| No. | Document Description | Bates |
|---|---|---|
| 5. | Nevada Pain Care – Future cost letter for Cervical MBN Bil C2, C3, C4, C5 dated 10/19/2021 | PLTF-NVPC-0062 - PLTF-NVPC-0063 |
| 6. | Las Vegas Radiology - Records and billing statements dated 09/16/2019 | PLTF-LVR-0001 – PLTF-LVR-0008 |
| 7. | CVS Pharmacy billing statements | PLTF-CVS-0001 – PLTF-CVS-0004 |
| 8. | East Desert Inn Wellness Center - Records and billing statements dated 10/11/2019 – 05/08/2020 | PLTF-EDIW-0001 - PLTF-EDIW-0138 |
| 9. | Enrico Fazzini, D.O – Records and billing statements dated 12/12/2019 – 02/05/2020 | PLTF-EF-0001 – PLTF-EF-0008 |
| 10. | Pueblo Medical Imaging - Billing statement and Imaging Report dated 12/23/2019 | PLTF-PMI-0001 – PLTF-PMI-0003 |
| 11. | Sunset Pain Surgery Center – Billing statement dated 07/22/2021 | PLTF-SPSC-0001 |
| 12. | Nevada Pain Care - Records and billing dated 06/08/2022 – 9/28/2022 | PLTF-NVPC0064-0080 |
| 13. | Nevada Pain Care Cost estimate & Lein Ascknowledgement dated 9/28/2022 | PLTF 00083 |
| 14. | Sunset Pain Surgery Center – Billing statement dated 07/22/2021 – 08/30/2022 | PLTF-SPSC-0002 – PLTF 00084 |

**Defendant:**

| No. | Document Description | Bates |
|---|---|---|
| 1. | Map of Cardenas Store #38 | DEF000001 |
| 2. | Inspection Log for 8/24/2019 | DEF000002 - DEF000018 |
| 3. | Defendant's Insurance Policy | DEF000019 - DEF000111 |
| 4. | Customer Incident Report | DEF000112 |
| 5. | 5 color photos taken at time of incident | DEF000113 - DEF000117 |
| 6. | Surveillance Videos https://bwbo.syncedtool.com/shares/folder/WWYmu5XyARY/ | DEF000118 |
| 7. | Safety Information Guidelines | DEF000119 – DEF000157 |
| 8. | Records received from Dr. Enrico Fazzini in response to Subpoena Duces Tecum | DEF000158 – DEF000165 |
| 9. | Records received from Nevada Pain Care in response to Subpoena Duces Tecum | DEF000166 – DEF000243 |
| 10. | Records and Imaging received from Las Vegas Radiology | DEF000244 – DEF000261 |

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1438.197 4877-6956-1396.1

| No. | Document Description | Bates |
|---|---|---|
| | in response to Subpoena Duces tecum | |
| 11. | Records received from Sunset Pain Surgery Center in response to Subpoena Duces Tecum | DEF000262 – DEF000313 |
| 12. | Records received from East Desert Inn and Wellness Center in response to Subpoena Duces Tecum | DEF000314 – DEF000457 |
| 13. | Records received from Gold Medal Funding for Las Vegas Radiology in response to Subpoena Duces Tecum | DEF000458 – DEF000465 |
| 14. | Records received from Gold Medal Funding for Pueblo Medical Imaging in response to Subpoena Duces Tecum | DEF000466 – DEF000471 |
| 15. | Radiology Films received from Pueblo Medical Imaging in response to Subpoena Duces Tecum | DEF000472 |
| 16. | Plaintiff's Expert John Peterson's documents in response to Subpoena Duces Tecum | DEF000473 – DEF000613 |
| 17. | Jeffrey C. Wang, M.D's Curriculum Vitae, Fee Schedule and Testimony List | DEF000614 – DEF000729 |
| 18. | Jeffrey Wang, M.D.'s Comprehensive Medical Evaluation Report dated February 4, 2022 | DEF000730 – DEF000734 |
| 19. | Eric S. Farbman, M.D.'s Curriculum Vitae, Fee Schedule and Testimony List | DEF000735 – DEF000746 |
| 20. | Eric S. Farbman, M.D's Independent Medical Review Report dated February 26, 2022 | DEF000747 – DEF000751 |
| 21. | Robin Caulfield, NCARB's Curriculum Vitae, Fee Schedule and Testimony List | DE000752 – DE000765 |
| 22. | Robin Caulfield, NCARB's Rebuttal Report of Findings dated April 4, 2022 | DEF000766 – DEF000798 |

Defendant reserves the right to utilize any document identified by any party.

(b) As to the following exhibits, the party against whom the same will be offered objects to their admission on the grounds stated:

    (1) Set forth the plaintiff's exhibits and objections to them: N/A

    (2) Set forth the defendant's exhibits and objections to them: N/A

(c) Electronic evidence: [State whether the parties intent to present electronic evidence for purposes of jury deliberations.]

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1438.197 4877-6956-1396.1

The parties intend to use electronic evidence in the form of the surveillance footage of the incident.

(d) Depositions: [Indicate name of deponent and identify portions to be offered by pages and lines and the party or parties against whom offered.]

    (1) Plaintiff will offer the following depositions:

        N/A

    (2) Defendant will offer the following depositions:

        Defendant offers the deposition testimony of Plaintiff in its entirety (140 pp).

(e) Objections to depositions:

    (1) Defendant objects to plaintiff's depositions as follows:

        N/A

    (2) Plaintiff objects to defendant's depositions as follows:

        N/A

## VIII.

The following witnesses may be called by the parties at trial:

(a) Provide names and addresses of plaintiff's witnesses.

1. Aurelio Infante Landin, Plaintiff
c/o Eric Blank Injury Attorneys
7860 W. Sahara Avenue, Suite 110
Las Vegas, Nevada 89117

Aurelio Infante Landin is the Plaintiff in this action and was an invited patron on Defendant's premises. This witness is expected to testify regarding the facts and circumstances surrounding the incident at issue in the instant case.

2. Cardenas Markets, LLC. Defendant
c/o Bremer Whyte Brown, & O'Meara, LLP
1160 N. Town Center Drive, Suite 250
Las Vegas, NV 89144

Cardenas Markets, L.L.C., is the Defendant in this action and the owner of the premises of this instant action. This witness is expected to provide testimony as to the facts and circumstances surrounding this incident.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

6

1438.197 4877-6956-1396.1

3.  Adam Antflick, D.O.
    Stephen A. Gephardt, M.D.
    And/or Person(s) Most Knowledgeable (PMK) and/or Custodian of Records
    Nevada Pain Care
    7220 S. Cimarron Rd., Ste 270
    Las Vegas, NV 89113

Adam Antflick, M.D. and Stephen A. Gephardt, MD, are pain management providers who treated Plaintiff for the subject slip and fall. This witness(es) may be expected to testify regarding, but not limited to, Plaintiff's care and treatment provided related to the subject incident as set forth in the related medical records and reports; the necessity of the same; causation of injuries to a reasonable degree of medical certainty and probability; the usual and customary charges for the services provided and the reasonableness for same; and any other matters within his knowledge.

4.  Bhuvana P. Kittusamy, M.D.
    And/or Person(s) Most Knowledgeable (PMK) and/or Custodian of Records
    Las Vegas Radiology
    7500 Smoke Ranch Rd., Suite 100
    Las Vegas, NV 89128

Bhuvana P. Kittusamy, M.D., is a radiologist. This witness may be expected to testify regarding, but not limited to, Plaintiff's care and treatment provided related to the subject incident as set forth in the related medical records and reports; the necessity of the same; causation of injuries to a reasonable degree of medical certainty and probability; the usual and customary charges for the services provided and the reasonableness for same; and any other matters within his knowledge.

5.  Glen S. Cochrane, D.C.
    And/or Person(s) Most Knowledgeable (PMK) and/or Custodian of Records
    East Desert Inn Wellness
    1090 E. Desert Inn Rd., Suite 102
    Las Vegas, NV 89109

Dr. Glen Cochrane, D.C,. treated Plaintiff for pain in his neck and back due to injuries suffered at the subject accident. This witness(es) may be expected to testify regarding, but not limited to, Plaintiff's care and treatment provided related to the subject incident as set forth in the related medical records and reports; the necessity of the same; causation of injuries to a reasonable degree of medical certainty and probability; the usual and customary charges for the services provided and the reasonableness for same; and any other matters within his knowledge.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

7

1438.197  4877-6956-1396.1

6.     Enrico Fazzini, D.O., Ph.D, F.A.C.N.
    And/or Person(s) Most Knowledgeable (PMK) and/or Custodian of Records
    291 North Pecos Rd.
    Henderson, NV 89074

Dr. Enrico Fazzini treated Plaintiff for pain localied to the shoulders but also radiates to the head due to injuries suffered at the subject incident. This witness(es) may be expected to testify regarding, but not limited to, Plaintiff's care and treatment provided related to the subject incident as set forth in the related medical records and reports; the necessity of the same; causation of injuries to a reasonable degree of medical certainty and probability; the usual and customary charges for the services provided and the reasonableness for same; and any other matters within his knowledge.

7.     Eric Biesbroeck, M.D.
    And/or Person(s) Most Knowledgeable (PMK) and/or Custodian of Records
    Pueblo Medical Imaging
    8551 W. Lake Mead Blvd., Suite 150
    Las Vegas, NV 89128

Eric Biesbroeck, M.D., is the radiologist who interpreted Plaintiff's imaging at Pueblo Medical Imaging for an MRI for the date of service referenced above. This witness(es) may be expected to testify regarding, but not limited to, Plaintiff's care and treatment provided related to the subject incident as set forth in the related medical records and reports; the necessity of the same; causation of injuries to a reasonable degree of medical certainty and probability; the usual and customary charges for the services provided and the reasonableness for same; and any other matters within his knowledge.

8.     John R. Peterson
    RETAIL LITIGATION CONSULTANTS, LLC
    6620 Buckskin
    Las Vegas, Nevada 89108

Mr. Peterson is a retained expert and is a certified Safety and Health Manager. Mr. Peterson is expected to testify consistent with his report and may be supplemented in the future.

Mr. Peterson is expected to testify as to his expert opinion to a reasonable degree of professional certainty and probability based upon his inspection(s) of the subject premises, records and information reviewed, and his education, training, and professional experience within the construction and safety industry. This witness is expected to testify regarding his inspection of

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

8

1438.197 4877-6956-1396.1

the subject premises and consistent with his expert report and any supplements thereto, as well as with regard to any documents, tangible items, photos, or other physical evidence this witness utilized in preparing his report. This witness may be expected to examine and testify regarding his review of relevant records disclosed by any party to this case, case deposition testimony, any party responses to written discovery, and any additional documents that may be identified in Mr. Peterson's eventual reports, including but not limited to the injuries Plaintiff sustained in the subject trip-and-fall trauma related to any hazards and negligence identified by this witness as to Defendants and the subject premises.

Mr. Peterson is further expected to testify regarding a number of issues in this matter, including, but not limited to, liability and Defendant's compliance or lack thereof with applicable safety and building codes.

(b) Provide names and addresses of defendant's witnesses.

1. Aurelio Infante Landin
   c/o Eric R. Blank, Esq.
   David M. Moore, Esq.
   ERIC BLANK INJURY ATTORNEYS
   7860 W. Sahara Ave., Ste. 110
   Las Vegas, NV 89117

Mr. Landin is the Plaintiff in this action and is expected to testify as to his knowledge as to the facts and circumstances regarding the accident that forms the basis of this matter.

2. Cardenas Markets, LLC
   c/o Anthony T. Garasi, Esq.
   Madeline M. Arcellana, Esq.
   Ty M. Maynarich, Esq.
   BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. Town Center Drive, Suite 250
   Las Vegas, Nevada 89144

Cardenas Markets, LLC is the Defendant in this action and is expected to testify as to its knowledge and understanding as to the facts and circumstances regarding the accident that forms the basis of this matter.

3. Person(s) Most Knowledgeable and/or Custodian of Records for
   Pueblo Medical Imaging
   5495 S. Rainbow Blvd., Ste. 203
   Las Vegas, NV 89118

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

9

1438.197  4877-6956-1396.1

The Person(s) Most Knowledgeable and/or Custodian of Records for Pueblo Medical Imaging is one of Plaintiff's treatment providers and is expected to testify as to the treatment and findings concerning care given to Plaintiff.

4.     Person(s) Most Knowledgeable and/or Custodian of Records for
Nevada Pain Care
7220 S. Cimarron Rd., Ste. 270
Las Vegas, NV 89113

The Person(s) Most Knowledgeable and/or Custodian of Records for Nevada Pain Care is one of Plaintiff's treatment providers and is expected to testify as to the treatment and findings concerning care given to Plaintiff.

5.     Person(s) Most Knowledgeable and/or Custodian of Records for
Enrico Fazzini, D.O., Ph.D., F.A.C.N.
291 North Pecos Rd.
Henderson, NV 89074

The Person(s) Most Knowledgeable and/or Custodian of Records for Enrico Fazzini, D.O. is one of Plaintiff's treatment providers and is expected to testify as to the treatment and findings concerning care given to Plaintiff.

6.     Person(s) Most Knowledgeable and/or Custodian of Records for
Las Vegas Radiology
7500 Smoke Ranch Rd., Ste. 100
Las Vegas, NV 89128

The Person(s) Most Knowledgeable and/or Custodian of Records for Las Vegas Radiology is one of Plaintiff's treatment providers and is expected to testify as to the treatment and findings concerning care given to Plaintiff.

7.     Person(s) Most Knowledgeable and/or Custodian of Records for
Sunset Pain Surgery Center
9120 W. Russell Rd., Ste. 100
Las Vegas, NV 89148

The Person(s) Most Knowledgeable and/or Custodian of Records for Sunset Pain Surgery Center is one of Plaintiff's treatment providers and is expected to testify as to the treatment and findings concerning care given to Plaintiff.

8.     Person(s) Most Knowledgeable and/or Custodian of Records for
East Desert Inn Wellness

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

10

1438.197  4877-6956-1396.1

        1090 E. Desert Inn Rd., Ste. 102
        Las Vegas, NV 89109

The Person(s) Most Knowledgeable and/or Custodian of Records for East Desert Inn Wellness is one of Plaintiff's treatment providers and is expected to testify as to the treatment and findings concerning care given to Plaintiff.

9.    Person(s) Most Knowledgeable and/or Custodian of Records for
      CVS Pharmacy
      701 S. Carson St., #200
      Carson City, NV 89701

The Person(s) Most Knowledgeable and/or Custodian of Records for John R. Peterson is one of Plaintiff's treatment providers and is expected to testify as to the treatment and findings concerning care given to Plaintiff.

Defendant reserves the right to call and or utilize any witness identified by any party.

## IX.

The attorneys or parties have met and jointly offer these three trial dates:

1. March 1, 2023
2. April 5, 2023
3. May 3, 2023

It is expressly understood by the undersigned that the court will set the trial of this matter on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the court's calendar.

## X.

It is estimated that the trial will take a total of 3-5 days.

**APPROVED AS TO FORM AND CONTENT:**

DATED 4th day of November, 2022.        DATED 4th day of November, 2022.

**ERIC BLANK INJURY ATTORNEYS**      **BREMER WHYTE BROWN & O'MEARA LLP**

 _/s/ David M. Moore, Esq._
ERIC R. BLANK, ESQ.               _/s/ Ty M. Maynarich, Esq._
Nevada Bar No. 6910                ANTHONY T. GARASI, ESQ.
DAVID M. MOORE, ESQ.            Nevada Bar No. 11134
Nevada Bar No. 8580                MADELINE M. ARCELLANA, ESE.
*Attorneys for Plaintiff*                Nevada Bar No. 13816
                                             TY M. MAYNARICH, ESQ.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

11

1438.197 4877-6956-1396.1

Nevada Bar No. 14584
*Attorneys for Defendant*

## XI.

ACTION BY THE COURT

This case is set for jury trial on the stacked calendar on April 3, 2023 at the hour of 9:00 a.m.. Calendar call will be held on March 16, 2023 at 9:30 a.m. in courtroom 6B.

**DATED:** November 8, 2022

_____
**UNITED STATES DISTRICT JUDGE**

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

12

1438.197 4877-6956-1396.1

**From:** David Moore <dmoore@ericblanklaw.com>
**Sent:** Friday, November 04, 2022 10:16 AM
**To:** Ty M. Maynarich <tmaynarich@bremerwhyte.com>
**Subject:** Infante v. Cardenas

\*\*\* This is an external email \*\*\*

Ty, here are my additions to the Joint Pretrial Order.

**David M. Moore**
**Attorney**
ERIC BLANK INJURY ATTORNEYS
7860 W. Sahara Ave., Ste. 110
Las Vegas, NV 89117
Tel: (702) 222-2115   Fax: (702) 227-0615
dmoore@ericblanklaw.com
http://www.ericblanklaw.com

\*\*\*\*\* CONFIDENTIAL INFORMATION \*\*\*\*\* CONFIDENTIAL INFORMATION \*\*\*\*\*