1 │ ANTHONY T. GARASI, ESQ.
  │ Nevada State Bar No. 11134
2 │ MADELINE M. ARCELLANA, ESQ.
  │ Nevada State Bar No. 13816
3 │ BREMER WHYTE BROWN & O'MEARA LLP
  │ 1160 N. TOWN CENTER DRIVE
4 │ SUITE 250
  │ LAS VEGAS, NV 89144
5 │ TELEPHONE:  (702) 258-6665
  │ FACSIMILE:  (702) 258-6662
6 │ agarasi@bremerwhyte.com
  │ marcellana@bremerwhyte.com
7 │
8 │ Attorneys for Defendant,
  │ Cardenas Markets LLC
9 │
10 │
11 │                    **UNITED STATES DISTRICT COURT**
12 │                         **DISTRICT OF NEVADA**
13 │
14 │ AURELIO INFANTE LANDIN,          )   Case No. 2:21-cv-01815-~~RFB~~-BNW
   │ individually,                    )                        CDS
15 │                                  )
   │              Plaintiff,          )   **STIPULATION AND ORDER OF**
16 │                                  )   **DISMISSAL _WITH PREJUDICE_**
   │      vs.                         )
17 │                                  )
   │ CARDENAS MARKETS LLC, a foreign  )
18 │ limited-liability Company; DOES 1)
   │ through 10; and ROE ENTITIES 11  )
19 │ through 20, inclusive jointly and)
   │ severally,                       )
20 │                                  )
   │              Defendants.         )
21 │ ─────────────────────────────────)

22 │      COMES NOW, Plaintiff AURELIO INFANTE LANDIN, by and through their

23 │ counsel, ERIC BLANK INJURY ATTORNEYS, and Defendant CARDENAS

24 │ MARKETS LLC, by and through their counsel, BREMER WHYTE BROWN &

25 │ O'MEARA LLP, and hereby stipulate as follows:

26 │                              **STIPULATION**

27 │      IT IS HEREBY STIPULATED that all of Plaintiff's claims for relief in the

28 │ Complaint in Case No. 2:21-cv-01815-~~RFB~~-BNW are dismissed with prejudice. Each
   │                                      CDS

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1438.197 4881-4972-6548.1

party further agrees to bear its own fees and costs.

DATED: 4/4/23          DATED: 4/4/23

ERIC   BLANK   INJURY       BREMER WHYTE BROWN & O'MEARA
ATTORNEYS                   LLP

By: _____       By: _____
Eric R. Blank, Esq., Bar No. 6910       Anthony T. Garasi, Esq., Bar No. 11134
David M. Moore, Esq., Bar No. 8580      Madeline M. Arcellana, Esq., Bar No. 13816
*Attorneys for Plaintiff*               *Attorneys for Defendant*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED all of Plaintiff's claims for relief in the Complaint in Case 2:21-cv-01815-~~RFB~~-BNW are dismissed with prejudice. Each party to bear its own fees and costs.

The Clerk of Court is directed to close this case.

DATED: April 5, 2023

_____
Cristina D. Silva
United States District Judge

Submitted by:
BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Anthony T. Garasi, Esq., Bar No. 11134
Madeline M. Arcellana, Esq., Bar No. 13816
Attorneys for Defendant
Cardenas Markets LLC

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1438.197 4881-4972-6548.1